FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

00 MAR 28 AM ...

NORTHWESTERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

MAR 28 2000

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 00-P-0057-NW |
| | ) | |
| LILLIAN HOSMER and | ) | |
| JIMMY D. HOSMER, | ) | |
| | ) | |
| Defendants. | ) | |

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendants, Jimmy and Lillian Hosmer, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant, Lillian Hosmer on February 11, 2000 and on Defendant Jimmy D. Hosmer on February 14, 2000; Defendants have failed to appear, plead, or otherwise defend.

2. Defendants are not infants or incompetent persons, nor have Defendants been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.



3. By virtue of Mortgage Foreclosure Deed dated June 9, 1999 and recorded at Book 99 11921 in the office of the Judge of Probate, Jackson County, Alabama on June 22, 1999, the Administrator of the U.S. Small Business Administration holds legal title to the following described real property:

> Commencing at the Northeast corner of Section 21, Township 4 South, range 5 East, run a tile line South 87 degrees 57' West 2755.7 feet to a point on the South margin of the property acquired by Jackson County for Project S-763 and to the Northwest corner of a 0.885-acre lost conveyed to Hester Thrower, which point being 110.0 feet South of the centerline of U.S. Highway #72, and to an iron pin, found, at the true point of beginning. From said true point of beginning run then North 83 degrees 41' West 140.1 feet along a chord of a left curve in said Project S-763 property boundary to a point on the South boundary of said Project S-763 property 110.0 feet South of the centerline of U.S. Highway #72 and to an iron pipe, set; thence South 00 degrees 48' East 411.7 feet to an iron pipe, set: thence North 89 degrees 10' East 140.0 feet to the southwest corner of said 0.885-acre lot conveyed to Hester Thrower: thence North 00 degrees 57' west 394.3 feet with the West boundary of said lot to the true point of beginning.
>
> The herein described lot containing a calculated are of 1.29 acres, more or less, lines in the Northeast Quarter of the Northwest Quarter, Section 21, Township 4 South, Range 5 East, being located and situated in Jackson County, Alabama.

4. Defendants, Lillian Hosmer and Jimmy D. Hosmer, are in possession of and reside at 18593 Alabama Highway #35, Scottsboro, Alabama which is the physical address of the real property described above in paragraph 3.

5. Plaintiff, by virtue of its Mortgage Foreclosure Deed, made written demand for possession upon Defendants on June 23, 1999 and requested that Defendants terminate their possessory interest in said premises. However, Defendants continue to unlawfully possess the real property described in paragraph 3 and have not surrendered possession of the property to

Plaintiff.

6. Plaintiff, by virtue of its Mortgage Foreclosure Deed dated June 9, 1999 is due to recover immediate possession of the premises described above in paragraph 3.

Done this the 28 day of March, 2000.

_____
SENIOR UNITED STATES DISTRICT JUDGE